IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 1 2009

CLERK, U.S. DISTRICT COURT
By _____
               Deputy

| | | |
|---|---|---|
| RICHARD BURTON PALMER, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:06-CV-0228 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On March

17, 2009, the United States Magistrate Judge issued a Report and Recommendation in this cause,

recommending therein that the instant habeas application be denied. As of this date, no objections to

the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United

States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be,

and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _____1ST_____ day of _____April_____ 2009.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE